

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | |
|---|---|
| IN RE: | |
| HENRY A. BENDT | |
| GWENDOLYN L. BENDT | Case No.: 06-12403-DK |
| Debtors | Chapter 13 |
| GERARD R. VETTER, TRUSTEE | |
| Movant, | |
| HOMECOMINGS FINANCIAL LLC | |
| Respondent. | |

### ORDER DISALLOWING BALANCE OF CLAIM

Upon consideration of the Trustee's Motion for Disallowance of Claim as to which the Claimant has Refused Distributions, and after any hearing thereon, and for good cause shown, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Trustee's motion is hereby granted, as follows; and it is further

ORDERED**,** that the pre-petition secured arrears claim of Respondent is reduced to $2,059.27, the amount paid, and the balance of the claim is disallowed.

cc:     Gerard R. Vetter, Trustee
        Debtor
        Debtor's Attorney – Robert E. Molloy, Esq.
        Respondent – Homecomings Financial LLC
        Respondent's Attorney – Kevin Feig, Esq
        Resident Agent – CSC-Lawyers Incorporating Service Company

**END OF ORDER**