# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

In Re:                                                                          Case No.: 06-12403-dwk

**HENRY A. BENDT, SR. (Deceased)**
**GWENDOLYN L. BENDT**
    Debtors

## NOTICE OF CONVERSION TO CASE UNDER CHAPTER 7

    Gwendolyn L. Bendt, surviving debtor, gives notice pursuant to 11 U.S.C. §1307(a) that she hereby converts this chapter 13 case to a case under chapter 7 of the Bankruptcy Code.

Dated: November 12, 2008

                                                      **/ S / Gwendolyn L. Bendt**
                                                        Gwendolyn L. Bendt, Debtor

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this __12th__ day of November, 2008, I caused to be mailed a copy of the debtor's notice of conversion to case under chapter 7 to all persons named on the matrix of this case and to the following additional persons:

Gerard R. Vetter, Trustee       courtfiles@grvch13.com

Gwendolyn L. Bendt, Debtor
527 South Caton Ave
Baltimore, MD 21229

                                                       **/ S / Robert E. Molloy**
                                                     Robert E. Molloy
                                                     Federal Bar Number: 08854
                                                    1113 Odenton Road
                                                     Odenton, MD 21113
                                                     Telephone: (410) 766-3440
                                                     Attorney for Debtor
                                                     RMolloyLaw@aol.com