# United States Bankruptcy Court
## District of Maryland

In re  Henry A. Bendt (Deceased)
       Gwendolyn L. Bendt
                                              Debtor(s)

Case No.  06-12403
Chapter   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| Location: 517 South Caton Avenue, Baltimore, MD 21229 | Carrollton Bank | Debtor will retain collateral and continue to make regular payments. | | | |
| Location: 527-529 South Caton Avenue, Baltimore MD | Homecomings Financial | Debtor will retain collateral and continue to make regular payments. | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| -NONE- | | |

Date  **November 12, 2008**          Signature  _____
                                               Henry A. Bendt (Deceased)
                                               Debtor

Date  **November 12, 2008**          Signature  *Gwendolyn Bendt*
                                               Gwendolyn L. Bendt
                                               Joint Debtor