# United States Bankruptcy Court

For The
District of Maryland/Northern Division

HENRY A. & GWENDOLYN L. BENDT
527 SOUTH CATON AVENUE
BALTIMORE, MD 21229

CASE No:
06-12403-DK

JUDGE:
Duncan W. Keir

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. 04 | DAY 27 | YR. 06 | | The Plan was confirmed on | MO. 11 | DAY 02 | YR. 06 | | The Case was concluded on | MO. 11 | DAY 12 | YR. 08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Converted To Ch7 After Confirmation

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records are available upon request and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.         $ 11,846.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| DIRECTOR OF FINANCE  PROPERTY TAXES | 0001 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| CARROLLTON BANK  517 S CATON AVE,OPP | 0002 | DirectPay | 28,559.21 | 0.00 | 0.00 | DirectPay |
| CASTLE TOYOTA SCION  AUTO, NPF | 0003 | DirectPay | 0.00 | 0.00 | 0.00 | DirectPay |
| DAIMLERCHRYSLER FINANCIAL  AUTO,AMD | 0004 | Secured | 6,600.00 | 6,449.82 | 1,251.81 | 150.18 |
| HOMECOMINGS FINANCIAL LLC  ORDER DISALLOWING THE BALANCE | 0005 | DirectPay | 3,211.01 | 2,059.27 | 0.00 | DirectPay |
| ADVANCED RADIOLOGY | 0006 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ARROW FINANCIAL SERVICES | 0007 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BALTIMORE EMERGENCY SERVI | 0008 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BALTIMORE IMAGING CENTER | 0009 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BGE  PAY PER MODIFIED PLAN | 0010 | Secured | 38.13 | 37.39 | 0.00 | 0.74 |
| RESURGENT CAPITAL SERVICE  CITIBANK/BP | 0011 | Unsecured | 352.93 | 0.00 | 0.00 | 352.93 |
| CAPITAL ONE | 0012 | Unsecured | 586.03 | 0.00 | 0.00 | 586.03 |
| PORTFOLIO RECOVERY ASSOCI | 0013 | Unsecured | 3,730.32 | 0.00 | 0.00 | 3,730.32 |
| CAPITAL ONE | 0014 | Unsecured | 2,359.93 | 0.00 | 0.00 | 2,359.93 |
| PORTFOLIO RECOVERY ASSOCI | 0015 | Unsecured | 516.85 | 0.00 | 0.00 | 516.85 |
| COMCAST | 0016 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DELL FINANCIAL SERVICES L | 0017 | Unsecured | 612.41 | 0.00 | 0.00 | 612.41 |
| CHARMING SHOPPES - FASHIO | 0018 | Unsecured | 334.26 | 0.00 | 0.00 | 334.26 |
| HSBC | 0019 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |

# United States Bankruptcy Court
For The
District of Maryland/Northern Division

HENRY A. & GWENDOLYN L. BENDT  
527 SOUTH CATON AVENUE  
BALTIMORE, MD 21229

CASE No:  
06-12403-DK

JUDGE:  
Duncan W. Keir

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. | The Plan was confirmed on | MO. | DAY | YR. | The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 04 | 27 | 06 | | 11 | 02 | 06 | | 11 | 12 | 08 |

Converted To Ch7 After Confirmation

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records are available upon request and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.     $     11,846.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORAT HSBC | 0020 | Unsecured | 925.85 | 0.00 | 0.00 | 925.85 |
| JOHNS HOPKINS | 0021 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ROUNDUP FUNDING, LLC SEARS | 0022 | Unsecured | 573.07 | 0.00 | 0.00 | 573.07 |
| ORTHODONTIC ASSOC. | 0023 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PALISADES COLLECTION LLC ATT | 0024 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PRO CO MEDICAL | 0025 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PRO CO MEDICAL | 0026 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PROF ED INST | 0027 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| RETAIL SERVICES | 0028 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ECAST SETTLEMENT CORPORAT SAMS CLUB | 0029 | Unsecured | 494.17 | 0.00 | 0.00 | 494.17 |
| RESURGENT CAPITAL SERVICE CITI/SHELL | 0030 | Unsecured | 140.08 | 0.00 | 0.00 | 140.08 |
| ST AGNES HEALTHCARE | 0031 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PORTFOLIO RECOVERY ASSOCI MBNA | 0032 | Unsecured | 4,822.39 | 0.00 | 0.00 | 4,822.39 |
| VALLEY PET | 0033 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CAPITAL ONE NOT SCHEDULED | 0034 | Unsecured | 4,184.67 | 0.00 | 0.00 | 4,184.67 |
| DAIMLERCHRYSLER FINANCIAL U/SAMDCLAIM/AMD F | 0035 | Unsecured | 1,827.90 | 0.00 | 0.00 | 1,827.90 |
| DISCOVER FINANCIAL NOT SCHEDULED | 0036 | Unsecured | 1,872.13 | 0.00 | 0.00 | 1,872.13 |
| THD/CBUSA AMENDED F | 0037 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| VERIZON NOT SCHEDULED | 0038 | Unsecured | 332.43 | 0.00 | 0.00 | 332.43 |

# United States Bankruptcy Court
For The
District of Maryland/Northern Division

HENRY A. & GWENDOLYN L. BENDT
527 SOUTH CATON AVENUE
BALTIMORE, MD 21229

CASE No: 06-12403-DK

JUDGE: Duncan W. Keir

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 04 | 27 | 06 | The Plan was confirmed on | | 11 | 02 | 06 | The Case was concluded on | | 11 | 12 | 08 |

Converted To Ch7 After Confirmation

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records are available upon request and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.       $   11,846.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| B LINE LLC  NOT SCHED/AMOCO | 0039 | Unsecured | 521.13 | 0.00 | 0.00 | 521.13 |
| BGE  SCHED. IN #10 | 0040 | Unsecured | 2,358.37 | 0.00 | 0.00 | 2,358.37 |
| HENRY A. & GWENDOLYN L. B | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | ADMIN / ATTY | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 6,638.13 | 0.00 | 26,544.92 | 0.00 | 0.00 | 33,183.05 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 8,546.48 | 0.00 | 0.00 | 0.00 | 0.00 | 8,546.48 | |
| INTEREST PAID | 1,251.81 | 0.00 | 0.00 | 0.00 | 0.00 | 1,251.81 | 9,798.29 |

OTHER DISBURSEMENTS

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| ROBERT E. MOLLOY | 1,200.00 | 1,200.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE FEES | OTHER COST | |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 847.71 | 0.00 | 847.71 |

WHEREFORE, the Trustee requests that an order be entered discharging him as Trustee and releasing him and the Trustee's surety from any and all liability on account of this proceeding, and closing the estate, and for such other and further relief as is just.

DATED: 01/28/2009

/s/ GERARD R. VETTER, TRUSTEE

GERARD R. VETTER, TRUSTEE