Form fnldec (10/05)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland
Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

**Case No.: 06−12403   Chapter: 7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Henry A. Bendt Sr. | Gwendolyn L. Bendt |
| *debtor has no known aliases* | aka Gwendolyn L. Mattern |
| 527 South Caton Avenue | 527 South Caton Avenue |
| Baltimore, MD 21229 | Baltimore, MD 21229 |
| Social Security No.: xxx−xx−6399 | xxx−xx−6282 |
| Employer's Tax I.D. No.: | |

Petition for Relief under Chapter 7 of Title 11, U.S. Code, filed by or against the above−named Debtor(s) on 4/27/06

# FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Sean C Logan is discharged as trustee of the estate of the above−named debtor; and the chapter 7 case of the above named debtor is closed.

Dated: 2/25/09

*Duncan W. Keir*
U.S. Bankruptcy Judge